IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GORDON OPPENHEIMER,<br><br>                  Plaintiff,<br><br>v.<br><br>RELIX MEDIA GROUP, LLC,<br><br>                  Defendant. | Case No. 1:25-cv-02515 (DLC)<br><br>**AFFIDAVIT OF ILYA G. ZLATKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

I, Ilya G. Zlatkin, being duly sworn, hereby depose and declare as follows:

1. I am a partner at ZCE LLC, an Illinois law firm doing business as Zlatkin Cann Entertainment.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the certificates annexed hereto, I am a member in good standing of the attorney-licensing agencies of the State of Illinois, the State of Indiana, and the District of Columbia.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be permitted to appear as counsel *pro hac vice* and advocate for Plaintiff David Gordon Oppenheimer in this case.

[THIS SPACE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___April 17th___, 20_25_ in Chicago, Illinois.

                                                    Ilya G. Zlatkin

Subscribed and sworn to before me as of the __17th__ day of __April__, 20_25_.

_____ Cambi Lynne Cann / Notary Public
Notary Public

> OFFICIAL SEAL
> CAMBI LYNNE CANN
> NOTARY PUBLIC, STATE OF ILLINOIS
> Commission No. 965871
> My Commission Expires 03/13/26



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/26/2025

Re: Ilya Gennady Zlatkin
Attorney No. 6314344

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Ilya Gennady Zlatkin was admitted to practice law in Illinois on 10/31/2013; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

ILYA GENNADY ZLATKIN

is a member of the bar of the Supreme Court of Indiana since admission on April 11, 2022, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 26th day of March, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Ilya Gennady Zlatkin

was duly qualified and admitted on December 8, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 26, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.