UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID GORDON OPPENHEIMER,

                Plaintiff,

-against-

RELIX MEDIA GROUP, LLC,

                Defendant.

25 cv 2515 ( DLC )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __ILYA G. ZLATKIN__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois, Indiana, and the District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: ILYA G. ZLATKIN

Firm Name: ZLATKIN CANN ENTERTAINMENT

Address: 4245 N. KNOX AVE.

City / State / Zip: CHICAGO, IL 60641

Telephone / Fax: (312) 809-8022

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __PLAINTIFF DAVID GORDON OPPENHEIMER__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge