UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

DAVID GORDON OPPENHEIMER,

      Plaintiff,

-against-             25  Civ.  2515  ( DLC )

                   **MOTION FOR ADMISSION**

RELIX MEDIA GROUP, LLC,         **PRO HAC VICE**

      <u>Defendant.</u>


Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ILYA G. ZLATKIN hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for PLAINTIFF DAVID GORDON OPPENHEIMER in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Illinois, Indiana, and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 04/24/2025

Respectfully Submitted,

Applicant Signature: *[signature]*

Applicant's Name: ILYA G. ZLATKIN

Firm Name: ZLATKIN CANN ENTERTAINMENT

Address: 4245 N. KNOX AVE.

City/State/Zip: CHICAGO, IL 60641

Telephone/Fax: (312) 809-8022

Email: ILYA@ZCE.LAW