IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GORDON OPPENHEIMER,<br><br>                    Plaintiff,<br><br>v.<br><br>RELIX MEDIA GROUP, LLC,<br><br>                    Defendant. | Case No. 1:25-cv-02515 (DLC)<br><br>**AFFIDAVIT OF ILYA G. ZLATKIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Ilya G. Zlatkin, being duly sworn, hereby depose and declare as follows:

1. I am a partner at ZCE LLC, an Illinois law firm doing business as Zlatkin Cann Entertainment.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the certificates annexed hereto, I am a member in good standing of the attorney-licensing agencies of the State of Illinois, the State of Indiana, and the District of Columbia.

4. I have not been convicted of a felony.

5. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings against me in any state or federal court.

7. I respectfully request that I be permitted to appear as counsel *pro hac vice* and advocate for Plaintiff David Gordon Oppenheimer in this case.

[THIS SPACE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ____April 17th____, 20_25_ in Chicago, Illinois.

_____
Ilya G. Zlatkin

Subscribed and sworn to before me as of the __17th__ day of __April__, 20_25_.

_____ Cambi Lynne Cann / Notary Public
Notary Public

OFFICIAL SEAL
CAMBI LYNNE CANN
NOTARY PUBLIC, STATE OF ILLINOIS
Commission No. 985871
My Commission Expires 03/13/26

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Ilya Gennady Zlatkin

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/31/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of April, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

ILYA GENNADY ZLATKIN

is a member of the bar of the Supreme Court of Indiana since admission on April 11, 2022, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 26th day of March, 2025.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Ilya Gennady Zlatkin*

was duly qualified and admitted on December 8, 2014 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Inactive member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 26, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**