AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DAVID GORDON OPPENHEIMER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CV-02515 |
| RELIX MEDIA GROUP, LLC | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF DAVID GORDON OPPENHEIMER                                                .

Date:    04/25/2025

/s/ ILYA G. ZLATKIN
*Attorney's signature*

ILYA G. ZLATKIN (IL BAR NO. 6314344)
*Printed name and bar number*

ZLATKIN CANN ENTERTAINMENT
4245 N. KNOX AVE.
CHICAGO IL 60641
*Address*

ILYA@ZCE.LAW
*E-mail address*

(312) 809-8022
*Telephone number*

(312) 809-6918
*FAX number*