IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GORDON OPPENHEIMER,<br><br>                        Plaintiff,<br><br>          v.<br><br>RELIX MEDIA GROUP, LLC,<br><br>                        Defendant. | Case No. 1:25-cv-02515 (DLC)<br><br>Dist. Judge Denise L. Cote<br><br>Mag. Judge Gabriel W. Gorenstein |

### RULE 4 WAIVER OF THE SERVICE OF SUMMONS

To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via Electronic Mail at **ilya@zce.law**.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 16, 2025, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date    4/17/2025

_____
(Signature of the attorney or unrepresented party)

    Dorothy M. Weber, Esq.
(Printed name of Signatory)

   RELIX MEDIA GROUP, LLC
(Party Name, if Different from Signatory)

494 Eighth Avenue, Suite 600 New York, NY 10001
(Address)

dorothy@musiclaw.com
(E-mail address)

212 - 245 - 4580
(Telephone number)