

May 19, 2025

Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> RE: Letter Request for Adjournment of Conference
> *Oppenheimer v. Relix Media Group, LLC*, Case No. 25-CV-02515-DLC

Your Honor:

I represent Plaintiff David Gordon Oppenheimer ("Plaintiff") in this action and am currently the principal trial counsel on Plaintiff's behalf. This matter is presently scheduled for an initial pretrial conference on May 30, 2025, at 2:30 P.M. [ECF No. 7].

I am presently engaged in Cook County, Illinois in the case of *Royal Flowers & Gallery Corp. v. Royal Flowers US LLC*, Case No. 2025CH02176 ("Illinois Case"), in which I represent the defendant. The court in the Illinois Case has scheduled an in-person preliminary injunction hearing the same day as the initial pretrial conference currently scheduled in this case. I am requesting that the conference in this case be adjourned to a later date convenient for the Court. This is the first request for adjournment in this case.

I have been in contact with counsel for Defendant Relix Media Group, LLC ("Defendant") in relation to this case and in relation to the currently scheduled initial pretrial conference. Of note, Defendant's response deadline is currently scheduled for June 16, 2025 [ECF No. 12], which is after the date of the currently scheduled initial pretrial conference. I have discussed the request for adjournment with Defendant's counsel, who does not oppose.

Respectfully submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Attorney for Plaintiff

CC:  Dorothy M. Weber, Esq. (Attorney for Defendant)
     Rebecca Kornhauser, Esq.

*[Handwritten note: The conference is adjourned to June 17 at 3:00 pm.
/s/ Denise Cote
5/20/25]*

ZCE.LAW  |  INFO@ZCE.LAW  |  (312) 809-6989  |  4245 N KNOX AVE, CHICAGO, IL 60641