UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

DAVID GORDON OPPENHEIMER,

                Plaintiff,

    -against-

RELIX MEDIA GROUP, LLC,

                Defendant.
-------------------------------------------------------x

Case No. 1:25-cv-02515 (DLC)

**NOTICE OF APPEARANCE**

TO THE CLERK OF UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK AND ALL PARTIES OF RECORD:

    The undersigned counsel, Dorothy M. Weber, Esq., hereby appears on behalf of Defendant RELIX MEDIA GROUP, LLC in the above-entitled action. All notices and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon the undersigned. Undersigned counsel is admitted and authorized to practice in the courts of New York.

Dated: June 12, 2025
       New York, New York

                                    HERBSMAN HAFER WEBER
                                    & FRISCH, LLP

                     By: _____
                                    Dorothy M. Weber, Esq. (DMW 4734)
                                    494 Eighth Avenue, 6th Floor
                                    New York, New York 10010
                                    Phone - 212-245-4580
                                    Fax – 212-956-6471
                                    dorothy@musiclaw.com

                                    *Attorneys Defendant Relix Media Group, LLC*

TO:   **Rebecca Arielle Kornhauser, Esq.**
SRIPLAW, P.A.
41 Madison Avenue
Ste 25th Floor
New York, NY 10010
646-517-3534
Fax: 561-404-4353
Email: rebecca.kornhauser@sriplaw.com

**Ilya G. Zlatkin, Esq.**
Zlatkin Cann Entertainment
4245 N Knox Ave
Chicago, IL 60641
312-809-8022
Fax: 312-809-6918
Email: ilya@zce.law

*Attorneys For Plaintiff David Gordon Oppenheimer*