```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    25cv2515(DLC)
DAVID GORDON OPPENHEIMER,                :
                                         :    PRETRIAL
                           Plaintiff,    :    SCHEDULING ORDER
             -v-                         :
                                         :
RELIX MEDIA GROUP, LLC,                  :
                                         :
                           Defendant.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on June 17, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **June 27, 2025**.

2. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **June 27, 2025** in order to schedule settlement discussions under his supervision to occur in **July** or **August 2025**.

3. The parties shall informally produce core discovery materials by **July 11, 2025**.

4. No additional parties may be joined or pleadings amended after **July 11, 2025**.

5. All fact discovery must be completed by **January 9, 2026**.

6. The following motion will be served by the dates indicated below.

   Summary Judgment

   - Motion served by **January 23, 2026**
   - Opposition served by **February 13, 2026**

1

- Reply served by **February 27, 2026**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by **January 23, 2026**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:   New York, New York
         June 17, 2025

_____
DENISE COTE
United States District Judge

2