UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
DAVID GORDON OPPENHEIMER,           :
                                    :
                   Plaintiff,       :     25cv2515 (DLC)
                                    :
         -v-                        :     ORDER OF
                                    :     REFERENCE TO A
                                    :     MAGISTRATE JUDGE
RELIX MEDIA GROUP, LLC,             :
                                    :
                   Defendant.       :
                                    :
------------------------------------X

DENISE COTE, District Judge:

       The above entitled action is referred to the designated
Magistrate Judge for the following purpose(s):

\_\_\_    General Pretrial (includes         \_\_\_    Consent under 28 U.S.C. §
       scheduling, discovery, non-                 636(c) for all purposes
       dispositive pretrial                        (including trial)
       motions, and settlement)

\_\_\_    Specific Non-Dispositive           \_\_\_    Consent under 28 U.S.C. §
       Motion/Dispute                             636(c) for limited purpose
                                                  (e.g., dispositive motion,
                                                  preliminary injunction)
       _____                   Purpose:
                                                  _____

       If referral is for discovery    \_\_\_    Habeas Corpus
       disputes when the District
       Judge is unavailable, the
       time period of the referral:

       _____

 X     Settlement                      \_\_\_    Social Security

\_\_\_    Inquest After                    \_\_\_    Dispositive Motion (i.e.,
       Default/Damages Hearing                    motion requiring a Report
                                                  and Recommendation)
                                                  Particular Motion:
                                                  _____

Dated:    New York, New York
          June 17, 2025

                                          _____
                                                 DENISE COTE
                                          United States District Judge