

June 20, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**RE: Letter Request to Change Date and Method of Settlement Conference**
***Oppenheimer v. Relix Media Group, LLC*, Case No. 25-CV-02515-DLC**

Dear Judge Gorenstein:

    I represent Plaintiff David Gordon Oppenheimer ("Plaintiff") in this action and am currently the principal trial counsel on Plaintiff's behalf. This matter is presently scheduled for an in-person settlement conference on July 8, 2025, at 2:30 P.M. [ECF No. 21].

    After conferring with counsel for Defendant Relix Media Group, LLC ("Defendant"), we would like to request a change of the date and mode of conducting the settlement conference. Specifically, Defendant's counsel requests that the conference be adjourned. Meanwhile, because Plaintiff is based in North Carolina and at least part of Plaintiff's legal team is based out-of-state, Plaintiff requests that the settlement conference be held virtually using videoconferencing software of the Court's choosing. Plaintiff believes that doing so is in the interests of conserving resources associated with the litigation, and Defendant does not object to the conference being held using videoconferencing software.

    Based on the parties' mutual availability, the parties request that the Court reschedule the settlement conference to be held using videoconferencing software on one of the following dates:

- July 30, 2025 (Wednesday)
- August 14, 2025 (Thursday)
- August 20, 2025 (Wednesday)
- August 21, 2025 (Thursday)

    We appreciate your consideration.

                                                                           Respectfully submitted,

                                                                           /s/ Ilya G. Zlatkin

                                                                           Ilya G. Zlatkin
                                                                           Attorney for Plaintiff

CC:    Dorothy M. Weber, Esq. (Attorney for Defendant)
           Rebecca Kornhauser, Esq. (Attorney for Plaintiff)