# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-264-954**

**Effective Date of Registration:**
March 01, 2017

## Title

**Title of Work:**  Photographs of the 28th Annual Warren Haynes Christmas Jam by David Oppenheimer

**Previous or Alternate Title:**  Individual Unpublished Works

**Content Title:**  XJ2b_DSC_9489.jpg;
XJ2b_DSC_9491.jpg;
XJ2b_DSC_9492.jpg;
XJ2b_DSC_9494.jpg;
XJ2b_DSC_9495.jpg;
XJ2b_DSC_9498.jpg;
XJ2b_DSC_9499.jpg - XJ2b_DSC_9501.jpg;
XJ2b_DSC_9505.jpg;
XJ2b_DSC_9507.jpg;
XJ2b_DSC_9510.jpg;
XJ2b_DSC_9514.jpg;
XJ2b_DSC_9518.jpg;
XJ2b_DSC_9528.jpg;
XJ2b_DSC_9529.jpg;
XJ2b_DSC_9539.jpg;
XJ2b_DSC_9543.jpg;
XJ2b_DSC_9545.jpg;
XJ2b_DSC_9548.jpg;
XJ2b_DSC_9556.jpg;
XJ2b_DSC_9569.jpg;
XJ2b_DSC_9576.jpg;
XJ2b_DSC_9579.jpg;
XJ2b_DSC_9581.jpg;
XJ2b_DSC_9582.jpg;
XJ2b_DSC_9586.jpg - XJ2b_DSC_9590.jpg;
XJ2b_DSC_9595.jpg;
XJ2b_DSC_9596.jpg;
XJ2b_DSC_9627.jpg - XJ2b_DSC_9629.jpg;
XJ2c_DSC_9644.jpg;
XJ2c_DSC_9662.jpg;
XJ2c_DSC_9671.jpg;
XJ2c_DSC_9672.jpg;
XJ2c_DSC_9674.jpg;
XJ2c_DSC_9676.jpg;
XJ2c_DSC_9681.jpg;
XJ2c_DSC_9683.jpg;
XJ2c_DSC_9686.jpg;
XJ2c_DSC_9689.jpg;

XJ2c_DSC_9690.jpg;
XJ2c_DSC_9692.jpg;
XJ2c_DSC_9696.jpg;
XJ2c_DSC_9698.jpg;
XJ2c_DSC_9704.jpg;
XJ2c_DSC_9705.jpg;
XJ2c_DSC_9709.jpg;
XJ2c_DSC_9711.jpg;
XJ2c_DSC_9713.jpg;
XJ2c_DSC_9716.jpg;
XJ2c_DSC_9718.jpg;
XJ2c_DSC_9727.jpg;
XJ2c_DSC_9729.jpg;
XJ2c_DSC_9732.jpg;
XJ2c_DSC_9734.jpg;
Xmas_Jam_2016_8308.jpg;

XJ2b_DSC_9062.jpg;
XJ2b_DSC_9064.jpg;
XJ2b_DSC_9077.jpg - XJ2b_DSC_9081.jpg;
XJ2b_DSC_9093.jpg;
XJ2b_DSC_9095.jpg;
XJ2b_DSC_9096.jpg;
XJ2b_DSC_9099.jpg;
XJ2b_DSC_9103.jpg;
XJ2b_DSC_9110.jpg;
XJ2b_DSC_9112.jpg;
XJ2b_DSC_9113.jpg;
XJ2b_DSC_9119.jpg;
XJ2b_DSC_9122.jpg;
XJ2b_DSC_9123.jpg;
XJ2b_DSC_9125.jpg;
XJ2b_DSC_9133.jpg;
XJ2b_DSC_9137.jpg;
XJ2b_DSC_9138.jpg;
XJ2b_DSC_9141.jpg;
XJ2b_DSC_9144.jpg;
XJ2b_DSC_9145.jpg;
XJ2b_DSC_9147.jpg;
XJ2b_DSC_9152.jpg;
XJ2b_DSC_9173.jpg;
XJ2b_DSC_9176.jpg;
XJ2b_DSC_9177.jpg;
XJ2b_DSC_9182.jpg;
XJ2b_DSC_9185.jpg;
XJ2b_DSC_9186.jpg;
XJ2b_DSC_9190.jpg;
XJ2b_DSC_9193.jpg;
XJ2b_DSC_9194.jpg;
XJ2b_DSC_9198.jpg;
XJ2b_DSC_9200.jpg - XJ2b_DSC_9205.jpg;
XJ2b_DSC_9218.jpg;
XJ2b_DSC_9220.jpg;
XJ2b_DSC_9222.jpg;
XJ2b_DSC_9223.jpg;
XJ2b_DSC_9228.jpg;
XJ2b_DSC_9237.jpg;
XJ2b_Document_9238.jpg - XJ2b_DSC_9240.jpg;



XJ2b_DSC_9247.jpg;
XJ2b_DSC_9256.jpg;
XJ2b_DSC_9291.jpg;
XJ2b_DSC_9293.jpg - XJ2b_DSC_9295.jpg;
XJ2b_DSC_9297.jpg;
XJ2b_DSC_9298.jpg;
XJ2b_DSC_9300.jpg - XJ2b_DSC_9302.jpg;
XJ2b_DSC_9304.jpg;
XJ2b_DSC_9306.jpg;
XJ2b_DSC_9312.jpg;
XJ2b_DSC_9314.jpg;
XJ2b_DSC_9317.jpg - XJ2b_DSC_9321.jpg;
XJ2b_DSC_9323.jpg;
XJ2b_DSC_9324.jpg;
XJ2b_DSC_9340.jpg;
XJ2b_DSC_9342.jpg;
XJ2b_DSC_9343.jpg;
XJ2b_DSC_9357.jpg;
XJ2b_DSC_9378.jpg;
XJ2b_DSC_9392.jpg;
XJ2b_DSC_9394.jpg;
XJ2b_DSC_9400.jpg;
XJ2b_DSC_9401.jpg;
XJ2b_DSC_9411.jpg;
XJ2b_DSC_9417.jpg;
XJ2b_DSC_9420.jpg;
XJ2b_DSC_9424.jpg;
XJ2b_DSC_9425.jpg;
XJ2b_DSC_9427.jpg;
XJ2b_DSC_9430.jpg;
XJ2b_DSC_9435.jpg;
XJ2b_DSC_9438.jpg;
XJ2b_DSC_9442.jpg - XJ2b_DSC_9444.jpg;
XJ2b_DSC_9447.jpg;
XJ2b_DSC_9451.jpg;
XJ2b_DSC_9454.jpg;
XJ2b_DSC_9456.jpg;
XJ2b_DSC_9458.jpg;
XJ2b_DSC_9459.jpg;
XJ2b_DSC_9461.jpg;
XJ2b_DSC_9467.jpg - XJ2b_DSC_9469.jpg;
XJ2b_DSC_9474.jpg;
XJ2b_DSC_9475.jpg;
XJ2b_DSC_9478.jpg;
XJ2b_DSC_9480.jpg - XJ2b_DSC_9483.jpg;
XJ2b_DSC_9487.jpg;

XJ1b_DSC_8541.jpg;
XJ1b_DSC_8554.jpg;
XJ1b_DSC_8556.jpg;
XJ1b_DSC_8560.jpg;
XJ1b_DSC_8569.jpg;
XJ1b_DSC_8571.jpg;
XJ1b_DSC_8572.jpg;
XJ1b_DSC_8575.jpg;
XJ1b_DSC_8583.jpg;
XJ1b_DSC_8588.jpg;
XJ1b_DSC_8592.jpg;

XJ1b_DSC_8605.jpg;
XJ1b_DSC_8608.jpg - XJ1b_DSC_8612.jpg;
XJ1b_DSC_8615.jpg - XJ1b_DSC_8617.jpg;
XJ1b_DSC_8620.jpg;
XJ2a_DSC_7262.jpg;
XJ2a_DSC_7263.jpg;
XJ2a_DSC_7268.jpg - XJ2a_DSC_7271.jpg;
XJ2a_DSC_7285.jpg - XJ2a_DSC_7287.jpg;
XJ2b_DSC_8645.jpg;
XJ2b_DSC_8648.jpg;
XJ2b_DSC_8651.jpg;
XJ2b_DSC_8655.jpg;
XJ2b_DSC_8664.jpg;
XJ2b_DSC_8666.jpg;
XJ2b_DSC_8669.jpg;
XJ2b_DSC_8672.jpg;
XJ2b_DSC_8673.jpg;
XJ2b_DSC_8676.jpg - XJ2b_DSC_8678.jpg;
XJ2b_DSC_8680.jpg;
XJ2b_DSC_8681.jpg;
XJ2b_DSC_8702.jpg;
XJ2b_DSC_8704.jpg;
XJ2b_DSC_8734.jpg;
XJ2b_DSC_8736.jpg;
XJ2b_DSC_8737.jpg;
XJ2b_DSC_8747.jpg;
XJ2b_DSC_8750.jpg;
XJ2b_DSC_8753.jpg;
XJ2b_DSC_8759.jpg;
XJ2b_DSC_8760.jpg;
XJ2b_DSC_8770.jpg;
XJ2b_DSC_8780.jpg;
XJ2b_DSC_8785.jpg;
XJ2b_DSC_8809.jpg;
XJ2b_DSC_8811.jpg;
XJ2b_DSC_8813.jpg;
XJ2b_DSC_8814.jpg;
XJ2b_DSC_8817.jpg;
XJ2b_DSC_8818.jpg;
XJ2b_DSC_8823.jpg;
XJ2b_DSC_8824.jpg;
XJ2b_DSC_8828.jpg;
XJ2b_DSC_8830.jpg;
XJ2b_DSC_8831.jpg;
XJ2b_DSC_8833.jpg;
XJ2b_DSC_8835.jpg;
XJ2b_DSC_8842.jpg;
XJ2b_DSC_8844.jpg;
XJ2b_DSC_8851.jpg;
XJ2b_DSC_8856.jpg;
XJ2b_DSC_8859.jpg - XJ2b_DSC_8862.jpg;
XJ2b_DSC_8865.jpg;
XJ2b_DSC_8867.jpg;
XJ2b_DSC_8868.jpg;
XJ2b_DSC_8871.jpg;
XJ2b_DSC_8872.jpg;
XJ2b_DSC_8881.jpg;
XJ2b_DSC_8907.jpg;



XJ2b_DSC_8908.jpg;
XJ2b_DSC_8912.jpg;
XJ2b_DSC_8940.jpg;
XJ2b_DSC_8942.jpg - XJ2b_DSC_8945.jpg;
XJ2b_DSC_8952.jpg;
XJ2b_DSC_8953.jpg;
XJ2b_DSC_8955.jpg - XJ2b_DSC_8957.jpg;
XJ2b_DSC_8964.jpg;
XJ2b_DSC_8967.jpg;
XJ2b_DSC_8978.jpg;
XJ2b_DSC_8984.jpg;
XJ2b_DSC_8986.jpg;
XJ2b_DSC_8987.jpg;
XJ2b_DSC_8989.jpg;
XJ2b_DSC_9003.jpg;
XJ2b_DSC_9005.jpg;
XJ2b_DSC_9053.jpg;
XJ2b_DSC_9054.jpg;

XJ1a_DSC_8112.jpg;
XJ1a_DSC_8113.jpg;
XJ1a_DSC_8115.jpg;
XJ1a_DSC_8116.jpg;
XJ1a_DSC_8118.jpg - XJ1a_DSC_8120.jpg;
XJ1a_DSC_8141.jpg - XJ1a_DSC_8146.jpg;
XJ1a_DSC_8148.jpg;
XJ1a_DSC_8163.jpg;
XJ1a_DSC_8173.jpg;
XJ1a_DSC_8178.jpg;
XJ1a_DSC_8180.jpg;
XJ1a_DSC_8182.jpg;
XJ1a_DSC_8186.jpg;
XJ1a_DSC_8187.jpg;
XJ1a_DSC_8190.jpg;
XJ1a_DSC_8191.jpg;
XJ1a_DSC_8195.jpg;
XJ1a_DSC_8198.jpg;
XJ1a_DSC_8212.jpg;
XJ1a_DSC_8218.jpg;
XJ1a_DSC_8222.jpg;
XJ1a_DSC_8223.jpg;
XJ1a_DSC_8226.jpg;
XJ1a_DSC_8227.jpg;
XJ1a_DSC_8230.jpg;
XJ1a_DSC_8231.jpg;
XJ1a_DSC_8233.jpg - XJ1a_DSC_8235.jpg;
XJ1a_DSC_8237.jpg;
XJ1a_DSC_8239.jpg;
XJ1a_DSC_8242.jpg;
XJ1a_DSC_8244.jpg;
XJ1a_DSC_8247.jpg - XJ1a_DSC_8252.jpg;
XJ1a_DSC_8254.jpg;
XJ1a_DSC_8263.jpg - XJ1a_DSC_8265.jpg;
XJ1a_DSC_8267.jpg;
XJ1a_DSC_8268.jpg;
XJ1a_DSC_8270.jpg;
XJ1a_DSC_8272.jpg;
XJ1a_DSC_8275.jpg;

XJ1a_DSC_8276.jpg;
XJ1a_DSC_8278.jpg;
XJ1a_DSC_8281.jpg;
XJ1a_DSC_8284.jpg;
XJ1a_DSC_8287.jpg - XJ1a_DSC_8289.jpg;
XJ1a_DSC_8296.jpg;
XJ1a_DSC_8297.jpg;
XJ1a_DSC_8299.jpg - XJ1a_DSC_8301.jpg;
XJ1b_DSC_8314.jpg;
XJ1b_DSC_8315.jpg;
XJ1b_DSC_8320.jpg;
XJ1b_DSC_8325.jpg - XJ1b_DSC_8327.jpg;
XJ1b_DSC_8346.jpg;
XJ1b_DSC_8348.jpg;
XJ1b_DSC_8352.jpg;
XJ1b_DSC_8353.jpg;
XJ1b_DSC_8359.jpg;
XJ1b_DSC_8363.jpg;
XJ1b_DSC_8370.jpg;
XJ1b_DSC_8376.jpg - XJ1b_DSC_8378.jpg;
XJ1b_DSC_8383.jpg;
XJ1b_DSC_8386.jpg;
XJ1b_DSC_8389.jpg - XJ1b_DSC_8393.jpg;
XJ1b_DSC_8399.jpg;
XJ1b_DSC_8402.jpg;
XJ1b_DSC_8404.jpg;
XJ1b_DSC_8406.jpg;
XJ1b_DSC_8407.jpg;
XJ1b_DSC_8415.jpg;
XJ1b_DSC_8448.jpg;
XJ1b_DSC_8449.jpg;
XJ1b_DSC_8451.jpg;
XJ1b_DSC_8453.jpg;
XJ1b_DSC_8454.jpg;
XJ1b_DSC_8463.jpg;
XJ1b_DSC_8465.jpg;
XJ1b_DSC_8469.jpg - XJ1b_DSC_8471.jpg;
XJ1b_DSC_8482.jpg;
XJ1b_DSC_8484.jpg;
XJ1b_DSC_8487.jpg;
XJ1b_DSC_8489.jpg;
XJ1b_DSC_8491.jpg;
XJ1b_DSC_8502.jpg;
XJ1b_DSC_8506.jpg;
XJ1b_DSC_8508.jpg;
XJ1b_DSC_8513.jpg;
XJ1b_DSC_8535.jpg;
XJ1b_DSC_8537.jpg;

XJ1a_DSC_7718.jpg;
XJ1a_DSC_7727.jpg;
XJ1a_DSC_7731.jpg;
XJ1a_DSC_7734.jpg;
XJ1a_DSC_7736.jpg;
XJ1a_DSC_7750.jpg;
XJ1a_DSC_7755.jpg;
XJ1a_DSC_7757.jpg;
XJ1a_DSC_7761.jpg;



XJ1a_DSC_7765.jpg;
XJ1a_DSC_7769.jpg;
XJ1a_DSC_7775.jpg - XJ1a_DSC_7777.jpg;
XJ1a_DSC_7781.jpg;
XJ1a_DSC_7785.jpg;
XJ1a_DSC_7787.jpg;
XJ1a_DSC_7788.jpg;
XJ1a_DSC_7796.jpg;
XJ1a_DSC_7801.jpg;
XJ1a_DSC_7804.jpg;
XJ1a_DSC_7808.jpg - XJ1a_DSC_7811.jpg;
XJ1a_DSC_7814.jpg;
XJ1a_DSC_7817.jpg;
XJ1a_DSC_7821.jpg;
XJ1a_DSC_7823.jpg;
XJ1a_DSC_7826.jpg;
XJ1a_DSC_7830.jpg;
XJ1a_DSC_7833.jpg;
XJ1a_DSC_7838.jpg;
XJ1a_DSC_7839.jpg;
XJ1a_DSC_7845.jpg;
XJ1a_DSC_7848.jpg;
XJ1a_DSC_7858.jpg;
XJ1a_DSC_7860.jpg;
XJ1a_DSC_7863.jpg;
XJ1a_DSC_7865.jpg;
XJ1a_DSC_7866.jpg;
XJ1a_DSC_7885.jpg;
XJ1a_DSC_7889.jpg;
XJ1a_DSC_7895.jpg;
XJ1a_DSC_7897.jpg;
XJ1a_DSC_7898.jpg;
XJ1a_DSC_7905.jpg;
XJ1a_DSC_7912.jpg;
XJ1a_DSC_7918.jpg;
XJ1a_DSC_7919.jpg;
XJ1a_DSC_7923.jpg;
XJ1a_DSC_7938.jpg;
XJ1a_DSC_7946.jpg;
XJ1a_DSC_7947.jpg;
XJ1a_DSC_7951.jpg - XJ1a_DSC_7954.jpg;
XJ1a_DSC_7959.jpg;
XJ1a_DSC_7963.jpg;
XJ1a_DSC_7969.jpg;
XJ1a_DSC_7970.jpg;
XJ1a_DSC_7974.jpg;
XJ1a_DSC_7975.jpg;
XJ1a_DSC_7990.jpg;
XJ1a_DSC_7996.jpg;
XJ1a_DSC_7997.jpg;
XJ1a_DSC_7999.jpg;
XJ1a_DSC_8000.jpg;
XJ1a_DSC_8008.jpg;
XJ1a_DSC_8010.jpg;
XJ1a_DSC_8012.jpg;
XJ1a_DSC_8025.jpg;
XJ1a_DSC_8026.jpg;
XJ1a_DSC_8033.jpg;

XJ1a_DSC_8043.jpg;
XJ1a_DSC_8044.jpg;
XJ1a_DSC_8048.jpg;
XJ1a_DSC_8050.jpg;
XJ1a_DSC_8061.jpg;
XJ1a_DSC_8067.jpg;
XJ1a_DSC_8071.jpg;
XJ1a_DSC_8073.jpg;
XJ1a_DSC_8076.jpg;
XJ1a_DSC_8080.jpg;
XJ1a_DSC_8081.jpg;
XJ1a_DSC_8082.jpg;
XJ1a_DSC_8085.jpg;
XJ1a_DSC_8090.jpg;
XJ1a_DSC_8092.jpg;
XJ1a_DSC_8096.jpg;
XJ1a_DSC_8098.jpg;
XJ1a_DSC_8101.jpg;
XJ1a_DSC_8103.jpg;
XJ1a_DSC_8107.jpg;

XJ1a_DSC_7357.jpg;
XJ1a_DSC_7392.jpg;
XJ1a_DSC_7402.jpg;
XJ1a_DSC_7412.jpg;
XJ1a_DSC_7413.jpg;
XJ1a_DSC_7417.jpg;
XJ1a_DSC_7418.jpg;
XJ1a_DSC_7421.jpg;
XJ1a_DSC_7422.jpg;
XJ1a_DSC_7424.jpg;
XJ1a_DSC_7425.jpg;
XJ1a_DSC_7431.jpg;
XJ1a_DSC_7434.jpg;
XJ1a_DSC_7472.jpg - XJ1a_DSC_7475.jpg;
XJ1a_DSC_7479.jpg;
XJ1a_DSC_7494.jpg;
XJ1a_DSC_7496.jpg;
XJ1a_DSC_7497.jpg;
XJ1a_DSC_7500.jpg;
XJ1a_DSC_7531.jpg;
XJ1a_DSC_7532.jpg;
XJ1a_DSC_7543.jpg;
XJ1a_DSC_7552.jpg;
XJ1a_DSC_7567.jpg;
XJ1a_DSC_7578.jpg;
XJ1a_DSC_7579.jpg;
XJ1a_DSC_7580.jpg;
XJ1a_DSC_7582.jpg;
XJ1a_DSC_7584.jpg;
XJ1a_DSC_7590.jpg;
XJ1a_DSC_7594.jpg;
XJ1a_DSC_7596.jpg;
XJ1a_DSC_7605.jpg;
XJ1a_DSC_7615.jpg;
XJ1a_DSC_7624.jpg;
XJ1a_DSC_7628.jpg;
XJ1a_DSC_7635.jpg;



*0000VAU00126495407705*

XJ1a_DSC_7637.jpg;
XJ1a_DSC_7639.jpg;
XJ1a_DSC_7642.jpg;
XJ1a_DSC_7645.jpg;
XJ1a_DSC_7650.jpg;
XJ1a_DSC_7653.jpg;
XJ1a_DSC_7663.jpg;
XJ1a_DSC_7664.jpg;
XJ1a_DSC_7666.jpg;
XJ1a_DSC_7668.jpg;
XJ1a_DSC_7670.jpg;
XJ1a_DSC_7671.jpg;
XJ1a_DSC_7673.jpg;
XJ1a_DSC_7674.jpg;
XJ1a_DSC_7677.jpg;
XJ1a_DSC_7683.jpg;
XJ1a_DSC_7690.jpg;
XJ1a_DSC_7700.jpg;
XJ1a_DSC_7707.jpg;
XJ1a_DSC_7708.jpg;
XJ1a_DSC_7716.jpg;

Audley_Freed_8241.jpg;
Bill_Thompson_The_Satellite_Gallery_Warren_Haynes_Christmas_Jam_Art_Show_7284.jpg;
Bob_Margolin_9168.jpg;
Bob_Weir_8014.jpg;
Bob_Weir_8039.jpg;
Bob_Weir_8079.jpg;
Bob_Weir_8422.jpg;
Bob_Weir_8486.jpg;
Bob_Weir_8614.jpg;
Bob_Weir_8825.jpg;
Branford_Marsalis_8743.jpg;
Branford_Marsalis_9688.jpg;
David_Simchock_7273.jpg;
Don_Was_8277.jpg;
Eric_Krasno_7586.jpg;
Eric_Krasno_7602.jpg;
Eric_Krasno_7956.jpg;
George_Porter_Jr_7571.jpg;
George_Porter_Jr_7763.jpg;
George_Porter_Jr_7770.jpg;
Holly_Bowling_piano_7324.jpg;
Holly_Bowling_piano_7334.jpg;
Holly_Bowling_piano_7338.jpg;
Holly_Bowling_piano_7340.jpg;
Jamey_Johnson_7463.jpg;
Jamey_Johnson_7470.jpg;
Jamey_Johnson_Alison_Krauss_7505.jpg;
John_Medeski_7629.jpg;
Jorgen_Carlsson_9326.jpg;
Libby_Gamble_7278.jpg;
Marcus_King_7684.jpg;
Marcus_King_7686.jpg;
Marcus_King_7748.jpg;
Michael_McDonald_8183.jpg;
Michael_McDonald_8213.jpg;

Michael_McDonald_8380.jpg;
Mike_Barnes_9497.jpg;
Rocky_Lindsley_drummer_9341.jpg;
Smoky_Greenwell_9477.jpg;
Steve_Kimock_9642.jpg;
Terence_Higgins_8303.jpg;
Warren_Haynes_Christmas_Jam_7276.jpg;
Warren_Haynes_Christmas_Jam_7386.jpg;
Warren_Haynes_Christmas_Jam_7395.jpg;
Warren_Haynes_Christmas_Jam_7408.jpg;
Warren_Haynes_Christmas_Jam_7419.jpg;
Warren_Haynes_Christmas_Jam_7420.jpg;
Warren_Haynes_Christmas_Jam_7426.jpg;
Warren_Haynes_Christmas_Jam_8129.jpg;
Warren_Haynes_Christmas_Jam_8707.jpg;
Warren_Haynes_Christmas_Jam_9213.jpg;
Warren_Haynes_Christmas_Jam_9289.jpg;
Warren_Haynes_Christmas_Jam_9719.jpg;
Warren_Haynes_Christmas_Jam_Art_Show_7280.jpg;
XJ1a_DSC_7323.jpg;
XJ1a_DSC_7336.jpg;
XJ1a_DSC_7339.jpg;
XJ1a_DSC_7347.jpg;

## Completion/Publication

Year of Completion: 2016

## Author

- Author: David Gordon Oppenheimer
- Author Created: photograph
- Work made for hire: No
- Citizen of: United States
- Domiciled in: United States
- Year Born: 1970

## Copyright Claimant

Copyright Claimant: David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

Organization Name: Performance Impressions LLC
Name: David Gordon Oppenheimer
Email: dave@performanceimpressions.com
Telephone: (828)273-9339
Alt. Telephone: (914)834-7030
Address: P.O. Box 8105

Asheville, NC 28814 United States

## Certification

|  |  |
|---|---|
| **Name:** | David Gordon Oppenheimer |
| **Date:** | March 01, 2017 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Basis for Registration: Unpublished Collection |

Registration #: VAu001264954
Service Request #: 1-4495675562

Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814 United States