# EXHIBIT 3



©2017 David Oppenheimer