# EXHIBIT 4

### RELIX YOUTUBE LIBRARY URL:



### JAMBASE URL:



## CLOUDINARY IMAGE URL:





YOUTUBE IMAGE URL:



JAMBASE FURTHUR URL:

