# EXHIBIT 4

### RELIX YOUTUBE LIBRARY URL:



### JAMBASE URL:



**CLOUDINARY IMAGE URL:**





**YOUTUBE IMAGE URL:**



**JAMBASE FURTHUR URL:**

