# THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Relix Media Group, LLC,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-02515-DLC-GWG<br><br>Dist. Judge Denise L. Cote<br><br>Mag. Judge Gabriel W. Gorenstein |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendant Relix Media Group, LLC, by and through its undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: January 16, 2026

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DAVID GORDON OPPENHEIMER | RELIX MEDIA GROUP, LLC |
| By: */s/ Ilya G. Zlatkin*<br>Ilya G. Zlatkin<br>Zlatkin Cann Entertainment<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law | By: */s/ Dorothy M. Weber* (*with permission*)<br>Dorothy M. Weber<br>Herbsman Hafer Weber & Frisch, LLP<br>494 Eighth Avenue, Suite 600<br>New York, New York 10001<br>Tel: (646) 795-6068<br>dorothy@musiclaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |