# THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                                Plaintiff,<br><br>v.<br><br>Relix Media Group, LLC,<br><br>                              Defendants. | Case No. 1:25-cv-02515-DLC-GWG<br><br>Dist. Judge Denise L. Cote<br><br>Mag. Judge Gabriel W. Gorenstein |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendant Relix Media Group, LLC, by and through its undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: January 16, 2026

Respectfully submitted,                                    Respectfully submitted,

DAVID GORDON OPPENHEIMER                                   RELIX MEDIA GROUP, LLC

By: */s/ Ilya G. Zlatkin*                                  By: */s/ Dorothy M. Weber (with permission)*
Ilya G. Zlatkin                                            Dorothy M. Weber
Zlatkin Cann Entertainment                                 Herbsman Hafer Weber & Frisch, LLP
4245 North Knox Avenue                                     494 Eighth Avenue, Suite 600
Chicago, Illinois 60641                                    New York, New York 10001
Tel: (312) 809-8022                                        Tel: (646) 795-6068
ilya@zce.law                                               dorothy@musiclaw.com

*Attorney for Plaintiff*                                   *Attorney for Defendant*

So ordered.
*[signature]*
1/20/26